UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>        Plaintiff,<br><br>   v.<br><br>TABASSUM SARANI,<br><br>        Defendant. | No. 2:17-cv-0970 KJM AC PS<br><br><br><u>ORDER</u> |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 30-day extension of time to file his amended complaint as well as forms to file his amended civil complaint. ECF No. 6.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff will have until September 17, 2017 to file his amended complaint.
2. The Clerk of the Court is directed to send plaintiff forms for filing a non-prisoner civil complaint.

DATED: August 16, 2017

                                                */s/ Allison Claire*
                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE