1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 YASIR MEHMOOD,                                No.  2:17-cv-0970 KJM AC PS

12            Plaintiff,

13       v.                                            ORDER FOR PAYMENT OF INMATE
                                                       FILING FEE
14 TABASSUM SARANI,

15            Defendant.

16

17 To:  WARDEN, GLADES COUNTY DETENTION CENTER, 1297 East SR 78 Moore Haven,

18 FL, 33471:

19            Plaintiff, a federal detainee proceeding in forma pauperis, is obligated to pay the statutory

20 filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20 percent

21 of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average

22 monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of

23 this action.  See 28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff

24 will be obligated to make monthly payments in the amount of twenty percent of the preceding

25 month's income credited to plaintiff's trust account.  The Glades County Detention Center is

26 required to send to the Clerk of this Court the initial partial filing fee and thereafter payments

27 from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the

28 statutory filing fee of $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Warden of the Glades County Detention Center or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Warden of the Glades County Detention Center or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Warden of the Glades County Detention Center, 1297 East SR 78 Moore Haven, FL, 33471:

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

IT IS SO ORDERED

DATED: September 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2