| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TABASSUM SARANI,<br><br>　　　　　Defendant. | No. 2:17-cv-0970 KJM AC PS<br><br>ORDER |

A number of court orders have been served and reserved on plaintiff's address of record and returned by the postal service for various reasons. It is unclear which orders plaintiff may have received. Although plaintiff has provided a change in address, it seems as there has been confusion based on plaintiff providing both his BOP and alien numbers. Plaintiff is cautioned that in the future, he should only provide the identifying number that is currently being used by the institution where he is housed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update the docket to use plaintiff's alien number, A#060-196-932 and

////

////

////

1

2. The Clerk of the Court is also directed to reserve copies of the previous court orders, ECF Nos. 13, 14, 16, together with a copy of this order on plaintiff at his current address and updated alien number.

IT IS SO ORDERED.

DATED: November 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE