UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>TABASSUM SARANI,<br><br>        Defendant. | No. 2:17-cv-0970 KJM AC PS<br><br><br>ORDER |

On November 20, 2017, plaintiff filed a motion to expedite the screening and service of his complaint. ECF No. 20. However, the court had previously issued an order, ECF No. 13, providing plaintiff with the appropriate instructions to complete service of his complaint. It appears that plaintiff's relocation among various facilities has resulted in many orders (ECF Nos. 13, 14, 16, 18) being returned as undeliverable. Recently, the court re-served the undelivered orders to plaintiff's most current address, as well as to the secondary address he noted in his notice of change of address, ECF No. 19. Accordingly, the present motion will be denied as premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Expedite and Issue Order, ECF No. 20, is denied as premature; and

2. Pursuant to ECF No. 19 (Notice of Change of Address), the Clerk of the Court is

1

directed to update plaintiff's address to 18201 SW 12th St., Miami, Florida 33194.  A courtesy copy of this Order shall also be sent to Yasir Mehmood at Palmetto Hospital, 2001 West 68th Street, Room 1027, Hialeah, FL 33016.

IT IS SO ORDERED.

DATED: November 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE