UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TABASSUM SARANI,<br><br>　　　　Defendant. | No. 2:17-cv-0970 KJM AC PS<br><br><br>ORDER |

　　　　The court is in receipt of plaintiff's temporary or permanent restraining order pursuant to Fed. R. Civ. Proc. 65(c). ECF No. 31. As communicated in its previous order, the court cannot consider such a request unless and until the defendant has been served with the complaint and notified of the motion. See E.D. Cal. L. R. 231(a); Fed. R. Civ. Proc. 65(b); ECF No. 28. The docket reflects that defendant is in the process of being served by the U.S. Marshal. Accordingly, the motion for preliminary equitable relief will be vacated, without prejudice to renewal following service of the amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that the motion for a restraining order, ECF No. 31, is DENIED as premature.

　　　　IT IS SO ORDERED.

DATED: February 13, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE