UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:17-cv-0970 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| TABASSUM SARANI, | |
| Defendant. | |

The court is in receipt of defendant's answer. ECF No. 44. However, defendant has failed to include a certificate of service showing proof that plaintiff has been served with the answer. Fed. R. Civ. Proc. ("Rule") 5(d).

Accordingly, IT IS HEREBY ORDERED that defendant will have fourteen (14) days to file with the court the required certificate of service pursuant to Rule 5.

DATED: May 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE