|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:17-cv-0970 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| TABASSUM SARANI, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On April 20, 2018, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 41. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The undersigned has independently considered whether she is required to recuse, based on the standards set out by the magistrate judge, and determines she is not.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 20, 2018, are adopted in full; and

2. Plaintiff's motion to recuse the assigned district judge (ECF No. 34) is denied.

DATED: May 29, 2018.

_____
UNITED STATES DISTRICT JUDGE