UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, <br><br> Plaintiff, <br><br> v. <br><br> TABASSUM SARANI, <br><br> Defendant. | No. 2:17-cv-00970-KJM-AC PS <br><br><br> ORDER |

The court is in receipt of plaintiff's motion for an extension of time. ECF No. 49. Plaintiff's motion requests for a 45-day extension of time to file a reply to defendant's answer. Id. at 1. However, a reply to the answer is not required. Accordingly, the court will deny the motion as moot.

IT IS SO ORDERED.

DATED: June 5, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1