UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:17-cv-0970 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| TABASSUM SARANI, | |
| Defendant. | |

Plaintiff and defendant are each proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

The deadline to file dispositive motions in this case has expired. ECF No. 47. The court has previously considered several dispositive motions from plaintiff. In light of the unusual circumstances of this case, the court will sua sponte grant defendant an extension of time to file a motion to dismiss this case or a motion for summary judgment. If she wishes to do so, defendant may file such a motion on or before February 13, 2019. No further dispositive motions from plaintiff will be considered. If defendant elects not to file a motion, the matter will be set for a pre-trial conference and trial before the district judge assigned to this case.

For good cause shown, IT IS HEREBY ORDERED that:

1. The deadline to file a motion to dismiss or motion for summary judgment is extended to February 13, 2019, as to defendant only.

2. If defendant does not file a dispositive motion, this matter will be set for a pre-trial conference and trial date before the district judge.
3. The court will disregard further dispositive motions from plaintiff.

DATED: January 15, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2