# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>TABASSUM SARANI,<br><br>    Defendant. | Case No. 2:17-cv-00970-KJM-AC<br><br><br>ORDER |

On March 26, 2019, the court addressed and overruled plaintiff's numerous objections to the magistrate judge's findings and recommendations, adopted those findings and recommendations and directed each party to file a final pretrial status report within 30 days of the order. Prior Order, ECF No. 77. On April 8, 2019, plaintiff filed a motion for reconsideration of the court's order adopting the magistrate judge's findings and recommendations. Mot., ECF No. 79.

Plaintiff argues the court should reconsider its order and allow him to file a motion for summary judgment because plaintiff did not receive mail from the court in December 2018, January 2019 "and 2 weeks of Feb 2019 also." *Id.* at 2. Although unclear, plaintiff appears to claim that because of his inability to receive mail during those months, he did not receive the magistrate judge's scheduling order, ECF No. 47, which set a December 12, 2018 deadline for dispositive motions, causing plaintiff to "miss[] the deadline innocently." *Id.*

/////

Plaintiff has not raised grounds warranting reconsideration of the court's order. The court's scheduling order was issued on May 25, 2018. *See* ECF No. 47; Mot. at 2 (acknowledging, erroneously, that the scheduling order is "dated 3/26/19"). Plaintiff's claim that he did not receive mail in December 2018 or January or February of 2019 does not explain whether or why he did not receive the May 2018 scheduling order. Moreover, plaintiff moved for summary judgment twice before the December 2018 deadline and apparently chose not to inquire as to any impending deadline. *See* ECF Nos. 54, 57. Accordingly, the court DENIES the motion.

Plaintiff also requests a 30 day extension to file a final pretrial status report, citing "doctor's visits, MRI visits and lab tests . . . ." Mot. at 1. He has since requested a stay or 90 day extension, noting he was recently hospitalized, served "as a material witness" in another court and is now in "Texas where he is waiting to be deported, unlawfully." ECF No. 80. Thereafter, however, plaintiff filed a notice of change of address, indicating he is now located at the same Florida address he provided prior to any transport to Texas, suggesting a possible change in circumstances. ECF No. 81.

In any event, in the interest of fairness, the court EXTENDS the parties' deadline to file a final pretrial status report to **July 10, 2019**.

IT IS SO ORDERED.

DATED: June 12, 2019.

_____
UNITED STATES DISTRICT JUDGE