UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yasir Mehmood, | No. 2:17-cv-00970-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Tabassum Sarani, | |
| Defendant. | |

Both plaintiff and defendant are proceeding without representation in this matter, which was stayed by a minute order filed on October 10, 2019. ECF No. 87. The court ordered the parties to file a joint status report by January 8, 2020 and every ninety days thereafter until the stay is lifted. No status report was filed.

The parties are directed to file a joint status report within fourteen days. They are cautioned that failures to file any report as required and otherwise to comply with court orders might lead to sanctions, including monetary sanctions, judgment of default, and dismissal.

IT IS SO ORDERED.

DATED: April 12, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1