UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yasir Mehmood,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Tabssum Sarani,<br><br>　　　　　　　Defendant. | No. 2:17-cv-00970-KJM-AC<br><br>ORDER |

On April 12, 2021, the court ordered the parties to submit a joint status report within fourteen days. ECF No. 91. Defendant responded to the court's order in a report dated April 20, 2021. ECF No. 92. Plaintiff has not filed a report or otherwise responded to this court's order. The court cautioned in its previous order that a failure to comply might lead to sanctions, including dismissal. ECF No. 91. Plaintiff is thus **ordered to show cause within 30 days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b).

In light of Plaintiff's statements in the notice of change of address at ECF No. 90, the Clerk's Office is directed to serve an electronic copy of this order on Plaintiff using the email address provided in that notice.

/////

/////

1

1       IT IS SO ORDERED.

2   DATED: September 27, 2021.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE