UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yasir Mehmood,<br><br>                  Plaintiff,<br><br>    v.<br><br>Tabassum Sarani,<br><br>                  Defendant. | No. 2:17-cv-00970-KJM-AC<br><br>ORDER |

       In 2019, the court granted plaintiff's motion to stay this case. Prior Min. Order (Oct. 10, 2019), ECF No. 87. The parties were directed to file a joint status report no later than January 1, 2020, and ninety days thereafter until the stay was lifted. *Id.* No status report was filed. The court subsequently ordered the parties to submit a joint status report within fourteen days and cautioned that failure to comply could result in dismissal. *See* Prior Order (Apr. 12, 2021), ECF No. 91. Defendant responded, plaintiff did not. *See* Resp., ECF No. 92. The court then ordered plaintiff to show cause within thirty days why this action should not be dismissed for failure to prosecute. *See* Prior Order (Sept. 28, 2021), ECF No. 93.

       Now, over two years later, plaintiff has yet to respond to the order to show cause or take any further action in this case. The court hereby **dismisses** the action for failure to prosecute in accordance with Fed. R. Civ. P. 41(b). The Clerk of Court is directed to enter judgment and close this case.

1

1    IT IS SO ORDERED.

2  DATED: November 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE